UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

In re:

**David Seth Lieber and Mary Aline Lieber**
a/k/a David S. Lieber, Cleaning Service, Mary
Lieber, Mary Yelle, Mary Allison Allison, Mary
Allison Salfelder
S.S. Nos.: xxx-xx-0584 and xxx-xx-8058
Mailing Address: 160 Sycamore Lane, Raeford, NC 28376-

**Case No. 09-81201**

Debtors.

## NOTICE TO CREDITORS AND PROPOSED PLAN

The Debtors have filed for relief under Chapter 13 of the United States Bankruptcy Code on July 21, 2009.

The filing automatically stays collection and other actions against the Debtors, Debtors' property and certain co-debtors. If you attempt to collect a debt or take other action in violation of the bankruptcy stay, you may be penalized.

Official notice will be sent to creditors, which will provide the name and address of the Trustee, the date and time of the meeting of creditors, and the deadline for objecting to the plan. The official notice will include a proof of claim form.

A creditor must timely file a proof of claim with the Trustee in order to receive distributions under the plan. The Trustee will mail payments to the address provided on the proof of claim unless the creditor provides another address in writing for payments. If the claim is subsequently assigned or transferred, the Trustee will continue to remit payment to the original creditor until a formal notice of assignment or transfer is filed with the Court.

Attached is a copy of the Debtors' proposed Chapter 13 Plan consisting of 2 documents entitled: (1) Chapter 13 Plan and (2) Ch. 13 Plan - Debts Sheet (Middle). This is the same Plan that has already been filed with the Court.

Dated: August 11, 2009

**LAW OFFICES OF JOHN T. ORCUTT, P.C.**

/s John T. Orcutt
--------------------
John T. Orcutt
N.C. State Bar No. 10212
Counsel for the Debtors
6616-203 Six Forks Rd.
Raleigh, N.C. 27615
Tel. No. (919) 847-9750

circular.wpt (rev. 5/17/09)

# CH. 13 PLAN - DEBTS SHEET
## (MIDDLE DISTRICT - DESARDI VERSION)

**Date:** 7/13/09
**Lastname-SS#:** Lieber-0584

### RETAIN COLLATERAL & PAY DIRECT OUTSIDE PLAN

| | Creditor Name | Sch D # | Description of Collateral |
|---|---|---|---|
| Retain | None | | |
| | | | |
| | | | |
| | | | |

### SURRENDER COLLATERAL

| Creditor Name | Description of Collateral |
|---|---|
| None | |
| | |
| | |
| | |

### ARREARAGE CLAIMS

| | Creditor Name | Sch D # | Arrearage Amount | (See †) |
|---|---|---|---|---|
| Retain | None | | | ** |
| | | | | ** |
| | | | | ** |
| | | | | ** |
| | | | | ** |
| | None | | | ** |
| | | | | ** |
| | | | | ** |
| | | | | ** |

### REJECTED EXECUTORY CONTRACTS/LEASES

| Creditor Name | Description of Collateral |
|---|---|
| None | |
| | |
| | |
| | |

### LTD - DOT ON PRINCIPAL RESIDENCE & OTHER LONG TERM DEBTS

| | Creditor Name | Sch D # | Monthly Contract Amount | Int. Rate | Adequate Protection | Minimum Equal Payment | Description of Collateral |
|---|---|---|---|---|---|---|---|
| Retain | None | | | N/A | n/a | | |
| | | | | N/A | n/a | | |
| | | | | N/A | n/a | | |
| | | | | N/A | n/a | | |

### STD - SECURED DEBTS @ FMV

| | Creditor Name | Sch D # | FMV | Int. Rate | Adequate Protection | Minimum Equal Payment | Description of Collateral |
|---|---|---|---|---|---|---|---|
| Retain | None | | | 7.00 | | | |
| | | | | 7.00 | | | |
| | | | | 7.00 | | | |
| | | | | 7.00 | | | |

### STD - SECURED DEBTS @ 100%

| | Creditor Name | Sch D # | Payoff Amount | Int. Rate | Adequate Protection | Minimum Equal Payment | Description of Collateral |
|---|---|---|---|---|---|---|---|
| Retain | Capital One Auto | 1 | $25,857 | 7.00 | $189 | $555.33 | 2007 Honda Odyssey |
| | | | | 7.00 | | | |
| | | | | 7.00 | | | |
| | | | | 7.00 | | | |
| | | | | 7.00 | | | |

### ATTORNEY FEE (Unpaid part)

| | Amount |
|---|---|
| Law Offices of John T. Orcutt, P.C. | $2,600 |

### SECURED TAXES

| | Secured Amt |
|---|---|
| IRS Tax Liens | |
| Real Property Taxes on Retained Realty | |

### UNSECURED PRIORITY DEBTS

| | Amount |
|---|---|
| IRS Taxes | |
| State Taxes | |
| Personal Property Taxes | $646 |
| Alimony or Child Support Arrearage | |

### CO-SIGN PROTECT (Pay 100%)

| | Int% | Payoff Amt |
|---|---|---|
| All Co-Sign Protect Debts (See*) | | |

### GENERAL NON-PRIORITY UNSECURED

| | Amount** |
|---|---|
| DMI= | |

### PROPOSED CHAPTER 13 PLAN PAYMENT

$ **$629** per month for **60** months, then

$ **N/A** per month for **N/A** months.

Adequate Protection Payment Period: **11.23** months.

Sch D # = The number of the secured debt as listed on Schedule D.
Adequate Protection = Monthly 'Adequate Protection' payment amt.
† = May include up to 2 post-petition payments.
* Co-sign protect on all debts so designated on the filed schedules.
** = Greater of DMI x ACP or EAB (Page 4 of 4)
Ch13Plan_MD_(New_DeSardi) (9/24/08) © John T. Orcutt

### Other Miscellaneous Provisions

Plan to allow for 3 "waivers".

## CERTIFICATE OF SERVICE

I, Charlene Free, the undersigned, certifies that a copy of the foregoing **NOTICE TO CREDITORS AND PROPOSED PLAN** was served by automatic electronic noticing upon the following Trustee:

Richard M. Hutson, II
Chapter 13 Trustee

and was also served by first class U.S. mail, postage prepaid, to the following parties at their respective addresses:

**All the creditors set forth on the mailing matrix filing in this case.**

/s Charlene Free
Charlene Free

North Carolina Department of Revenue
c/o NC Department of Justice
Post Office Box 629
Raleigh, NC 27602-0629

Employment Security Commission
Attn: Benefit Payment Control
Post Office Box 26504
Raleigh, NC 27611-6504

Credit Bureau
Post Office Box 26140
Greensboro, NC 27402

NC Child Support
Centralized Collections
Post Office Box 900006
Raleigh, NC 27675-9006

Internal Revenue Service**
Post Office Box 21126
Philadelphia, PA 19114-0326

Equifax Information Systems LLC
P.O. Box 740241
Atlanta, GA 30374-0241

Experian
P.O. Box 2002
Allen, TX 75013-2002

Innovis Data Solutions
Attn: Consumer Assistance
P.O. Box 1534
Columbus, OH 43216-1534

Trans Union Corporation
P.O. Box 2000
Crum Lynne, PA 19022-2000

ChexSystems
Attn: Consumer Relations
7805 Hudson Road, Ste. 100
Woodbury, MN 55125

Absolute Collection Service
421 Fayetteville Street Mall
Suite 600
Raleigh, NC 27601

American Flag Storage
101 Carolina Drive
Raeford, NC 28376

Bank of America Home Loans
450 American Street
Simi Valley, CA 93065

Dr. Jeffery Campbell
c/o MetLife
Post Office Box 981282
El Paso, TX 79998-1282

Capital One Auto Finance
Post Office Box 260848
Plano, TX 75026-0848

Capital One Bank
Post Office Box 30285
Salt Lake City, UT 84130-0285

Capital One Bank
Attn: Bankruptcy Department
Post Office Box 85167
Richmond, VA 23285-5167

Capital One Bank
15000 Capital One Drive
Richmond, VA 23238-1119

City of Pooler
100 US Highway 80 SW
Pooler, GA 31322-2530

City of Raleigh
Post Office Box 590
Raleigh, NC 27602-0590

Country Door
1112 7th Avenue
Monroe, WI 53566-1364

Countrywide Home Loans
7105 Corporate Center Drive
Mail Stop PTX B 209
Plano, TX 75024

County of Orange
Post Office Box 469
Orange, VA 22960-0276

Credit Bureau of Greensboro
Post Office Box 26140
Greensboro, NC 27402-0040

Critical Health System of NC
Post Office Box 2748
Raleigh, NC 27602

Dyck-O'Neal, Inc.
15301 Spectrum Drive
Suite 450
Addison, TX 75001-6436

Fingerhut Corporation
c/o Axsys National Bank
11 McLeland Road
Saint Cloud, MN 56395

| | | |
|---|---|---|
| Fingerhut/Axsys National Bank<br>Post Office Box 7999<br>Saint Cloud, MN 56302-7999 | Medidoctors<br>Post Office Box 75143<br>Baltimore, MD 21275-5143 | The Law Offices of John T. Orcutt<br>6616-203 Six Forks Road<br>Raleigh, NC 27615 |
| Georgia Power Company<br>BIN # 10102<br>241 Ralph McGill Boulevard<br>Atlanta, GA 30308 | MKT ST MTG<br>3550 West Busch Boulevard<br>Suite 150<br>Tampa, FL 33618-4433 | Town of Wake Forest<br>401 Elm Avenue<br>Wake Forest, NC 27587 |
| Getty & Associates, P.C.<br>Post Office Box 1040<br>Locust Grove, VA 22508-1040 | North Carolina Department of Revenue<br>c/o Reginald S. Hinton<br>Post Office Box 25000<br>Raleigh, NC 27640-5000 | Wake Radiology Consultants<br>Post Office Box 19368<br>Raleigh, NC 27619-9368 |
| Hoke County Tax Collector<br>Post Office Box 217<br>Raeford, NC 28376-0217 | North Carolina Dept of Revenue<br>Post Office Box 1168<br>Raleigh, NC 27602-1168 | WakeMed<br>Patient Financial Services<br>Post Office Box 14465<br>Raleigh, NC 27620 |
| Household Bank<br>Post Office Box 80084<br>Salinas, CA 93912-0084 | North Carolina Employment Security Commission<br>Post Office Box 26504<br>Raleigh, NC 27611-6504 | Yates - Astro<br>Termite and Pest Control Company<br>Post Office Box 23313<br>Savannah, GA 31403 |
| Household Bank<br>Post Office Box 81622<br>Salinas, CA 93912-1622 | Notte & Kreyling, P.C.<br>Attorneys at Law<br>11770 Haynes Bridge Road 205 - 104<br>Alpharetta, GA 30009 | |
| Internal Revenue Service<br>Post Office Box 21126<br>Philadelphia, PA 19114-0326 | Rapidan Service Authority<br>Post Office Box 736<br>Locust Grove, VA 22508-0736 | |
| Loanscare<br>Interstate Corporate Center<br>Norfolk, VA 23502-4005 | Rubin Lublin, LLC<br>Attorneys and Counselors at Law<br>3740 Davinci Court<br>Suite 100<br>Norcross, GA 30092 | |
| Mann ENT Clinic, PA<br>601 Keisler Drive, Ste 200<br>Cary, NC 27511 | The Farm at Morgan Lakes, HOA<br>4454 Bluffton Pk Crescent #107<br>Bluffton, SC 29910 | |