# CHAPTER 13 OFFICE

302 E. Pettigrew Street, Building B, Suite 140
P. O. Box 3613
Durham, North Carolina 27702-3613

Richard M. Hutson, II
*Standing Trustee*

Telephone (919) 688-8065

Sandra J. Massengill
*Chief Clerk*

# M E M O R A N D U M

**TO:** Word Processing

**FROM:** Collections (Bonnie Wyse )

**DATE:** July 27, 2010

**RE:** Debtor Change of Address for B-0981201 C-13D

Please electronically file the new address listed below:

```
DAVID SETH LIEBER
MARY ALINE LIEBER
501 DIAMOND COURT
RINCON GA 31322
```

cc:   File