# LAW OFFICES OF
# John T. Orcutt

MAILING ADDRESS:  TELEPHONE:            OFFICES:
6616 Six Forks Road   (919) 847-9750  Raleigh
Suite 203             (800) 899-1414  Durham
Raleigh, NC 27615     (919) 847-3439 (fax)   Fayetteville



Date: September 1, 2011


Clerk of Court
United States Bankruptcy Court
Post Office Box 26100
Greensboro, NC 27420-6100

    Re:    Debtor(s):    David & Mary Lieber

            Case No.:    09-81201    Chapter: 13

Dear Clerk of Court:

    Please be advised that the mailing address for the above-referenced case has changed to the following:

    501 Diamond Cut

    Rincon, GA 31326-4896

Please make the appropriate notations in your file to reflect this significant correction, and accept our appreciation as well for your customary kind attention.

                                Yours truly,
                                **Law Offices of John T. Orcutt, P.C.**

                                s/Wheatley Honeycutt
                                Wheatley Honeycutt

cc:    Office of the Bankruptcy Trustee    c:\wpwin\bkforms\bank13\addrchge.wil (revised 3/10/97)